# United States District Court
# For The Western District of North Carolina
# Charlotte Division

REGINALD ANTHONY FALICE,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                         3:12cv610 & 3:98cr244

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2012 Order.

Signed: October 19, 2012

Frank G. Johns, Clerk
United States District Court